ap-77,031
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/27/2015 4:03:51 PM
Accepted 2/27/2015 4:04:49 PM
ABEL ACOSTA
CLERK

**JOHN TATUM**
ATTORNEY AT LAW

990 S. Sherman
Richardson, Texas 75081
(972) 705-9200

FILED IN
COURT OF CRIMINAL APPEALS

February 27, 2015

ABEL ACOSTA, CLERK

February 27, 2015

Court of Criminal Appeals
c/o Abel Acosta
Chief Deputy Clerk
P.O. Box 12308
Capitol Station
Austin, Texas 78711

Re:     Oral argument in Cause No. AP-77,031
        Franklin Davis v. The State of Texas

Dear Mr. Acosta:

Pursuant to Rule 71.3 Texas Rules of Appellate Procedure, I am advising this Honorable Court that I, on behalf of Appellant in the above referenced cause, am requesting oral argument on issue No. 4 which argues that the dismissal of Juror Bigley from the jury was error and No. 11, the evidence was insufficient to support the conviction for capital murder.

I believe oral argument would help present these issues in full context and help present a comparative analysis of the issues raised. Therefore, I respectfully request oral argument on these issues.

Sincerely,

/s/ John Tatum

John Tatum

JT:mt